IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD EPP,<br><br>        Plaintiff,<br><br>vs.<br><br>NATURAL RESOURCES CONSERVATION SERVICE, and SONNY PERDUE, in his official capacity as Secretary of the United States Department of Agriculture;<br><br>        Defendants. | **4:18CV3166**<br><br>**ORDER** |

The parties do not believe discovery is appropriate and indicated that this matter should be resolved through cross-motions for summary judgment. (Filing No. 18). The parties agreed to a case progression schedule, which will be adopted by the court.

IT IS ORDERED:

1) Mandatory Disclosures will be completed by May 15, 2019.

2) The deadline for Plaintiff's Motion for Summary Judgment and brief is June 21, 2019.

3) The deadline for Defendants' Response and Cross-Motion for Summary Judgment Brief is July 22, 2019.

4) The deadline for Plaintiff's Reply Brief is July 29, 2019.

Dated this 30th day of April, 2019.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge