IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RICHARD EPP, | |
|---|---|
| Plaintiff, | 4:18CV3166 |
| vs. | |
| NATURAL RESOURCES CONSERVATION SERVICE, and SONNY PERDUE, in his official capacity as Secretary of the United States Department of Agriculture; | ORDER |
| Defendants. | |

IT IS ORDERED that the court's ruling on Plaintiff's motion for attorney fees and costs (Filing 34) will be deferred pending the outcome of Defendants' appeal.

Dated this 21st day of January, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge