IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD EPP,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NATURAL RESOURCES CONSERVATION SERVICE, and SONNY PERDUE, in his official capacity as Secretary of the United States Department of Agriculture;<br><br>　　　　　　Defendants. | 4:18CV3166<br><br><br>**MEMORANDUM AND ORDER** |

　　　This matter is before the court on Plaintiff's Motion for Attorney Fees and Costs (Filing No. 34) and the parties' Stipulation (Filing No. 46) regarding the same.

　　　Plaintiff, as the prevailing party in this litigation, requests that he be awarded the amount of $13,507.50 for legal fees and $609.79 for costs (including both billable costs and other expenses), for a total award of $14,117.29. Defendants do not oppose Plaintiff's motion.

　　　IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney Fees and Costs (Filing No. 34) is granted, and judgment shall be entered by separate document providing that Plaintiff shall recover from Defendants the sum of $14,117.29 as attorney fees and costs.

　　　Dated this 1st day of June, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge