IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD EPP,<br><br>Plaintiff,<br><br>vs.<br><br>NATURAL RESOURCES CONSERVATION SERVICE, and SONNY PERDUE, in his official capacity as Secretary of the United States Department of Agriculture;<br><br>Defendants. | 4:18CV3166<br><br><br><br>**JUDGMENT** |

Pursuant to the court's Memorandum and Order filed this date,

JUDGMENT IS ENTERED providing that Plaintiff shall recover from Defendants the sum of $14,117.29 as attorney fees and costs.

Dated this 1st day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge